UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LUSBY TAYLOR, NANCY A. PEPPLE-GONSALVES,<br><br>On behalf of themselves and other persons similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>STEVE WESTLY, in his capacity as CONTROLLER OF THE STATE OF CALIFORNIA,<br><br>　　　　Defendant. | Case No.:  CIV. –S-01-2407 FCD GGH<br><br>**ORDER REGARDING SCHEDULING FOR HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing:<br>Date:  July 15, 2005<br>Time: 10:00 a.m.<br>Courtroom:  2<br><br>(The Honorable Frank C. Damrell, Jr.) |

**PROPOSED ORDER REGARDING SCHEDULING FOR HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Upon the Parties' Joint Request for Extension of Time for Briefing On Plaintiffs' Motion for Preliminary Injunction, it is hereby ORDERED:

1.　The hearing will occur at 10:00 a.m. on August 12, 2005.

2.　Plaintiff's Brief will be due on June 20, 2005.

3.　Defendants' Brief will be due on July 7, 2005.

4.　Plaintiffs' Reply, if any, will be due on July 11, 2005.

SO ORDERED this 10TH day of June, 2005.

　　　　　　　　　　　　　　　　　　/s/ Frank C. Damrell Jr.
　　　　　　　　　　　　　　　　　　U.S. District Judge

THE LAW OFFICES OF
William W. Palmer
1241 Carter Road – Sacramento – California - 95864
TELEPHONE (916) 972-4761