THE LAW OFFICES OF WILLIAM W. PALMER
    WILLIAM W. PALMER – State Bar No. 146404
1241 Carter Road
Sacramento, California 95864
Telephone : (916) 972-0761

Attorney for Plaintiffs Chris Lusby Taylor, Nancy A. Pepple-Gonsalves, Gary Kesselman, Susan Swinton, Dawn E. Struck and William J. Palmer

REMCHO, JOHANSEN & PURCELL
    ROBIN B. JOHANSEN, ESQ. – State Bar No. 79084
    JAMES C. HARRISON, ESQ. – State Bar No. 161958
201 Dolores Avenue
San Leandro, CA 94577
Telephone No: (510) 346-6200
Facsimile No: (510) 346-6201

Attorneys for Defendant Steve Westly

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LUSBY TAYLOR, NANCY A. PEPPLE-GONSALVES, GARY KESSELMAN, SUSAN SWINTON, DAWN E. STRUCK, and WILLIAM J. PALMER<br><br>As Taxpayers, and on behalf of themselves and other persons similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>STEVE WESTLY, individually and in his capacity as STATE CONTROLLER OF THE STATE OF CALIFORNIA,<br><br>    Defendant. | Case No.: CIV. –S-01-2407 WBS<br><br>**PROPOSED ORDER REGARDING STIPULATION TO STAY OF PROCEEDINGS PENDING INTERLOCUTORY APPEAL**<br><br>(The Honorable William B. Shubb) |

**PROPOSED ORDER REGARDING STIPULATION TO
STAY OF PROCEEDINGS PENDING INTERLOCUTORY APPEAL**

Upon the Parties' Stipulation to Stay of Proceedings Pending Interlocutory Appeal it is hereby ORDERED:

1. All proceedings pending before this Court in this case are stayed until the Ninth Circuit enters a ruling on the appeal of this Court's Order Denying Plaintiffs' Motion for Preliminary Injunction of August 16, 2005;

2. The Pretrial Scheduling Conference Scheduled for September 26, 2005 is hereby vacated.

SO ORDERED this 14th day of September, 2005.

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE