1  THE LAW OFFICES OF WILLIAM W. PALMER
       WILLIAM W. PALMER – State Bar No. 146404
2  1241 Carter Road
   Sacramento, California  95864
3  Telephone : (916) 972-0761
   Facsimile: (916) 972-0877
4
5  Attorney for Plaintiffs Chris Lusby Taylor,
   Nancy A. Pepple-Gonsalves, Gary Kesselman,
6  Susan Swinton, Dawn E. Struck, and William J.
   Palmer
7
8                  UNITED STATES DISTRICT COURT
9                  EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11 CHRIS LUSBY TAYLOR, NANCY A. PEPPLE-GONSALVES, GARY KESSELMAN, SUSAN SWINTON, DAWN E. STRUCK, and WILLIAM J. PALMER | Case No.:  CIV. –S-01-2407 WBS |
| 14 As Taxpayers, and on behalf of themselves and other persons similarly situated, | **ORDER** |
| 16       Plaintiff, | **Hearing:** Date:  May 7, 2007 Time:  1:30 p.m. Courtroom:  5 |
| 17       vs. | |
| 18 JOHN CHIANG, individually and in his capacity as STATE CONTROLLER OF THE STATE OF CALIFORNIA; STEVE WESTLY, individually | (The Honorable William B. Shubb) |
| 21       Defendants. | |

23
24                           **ORDER**
25        This matter came before the Court on Plaintiffs' Motion to Expedite Hearing on
26  Motion for Temporary Restraining Order. Upon Plaintiffs' Motion and supporting
27  documents the Court finds as follows:
28

ORDER GRANTING PLAINTIFFS' MOTION TO EXPEDITE HEARING ON MOTION FOR
TEMPORARY RESTRAINING ORDER

PDF created with pdfFactory trial version www.pdffactory.com

THE LAW OFFICES OF
William W. Palmer
1241 Carter Road – Sacramento – California – 95864
TELEPHONE (916) 972-0761

1

2        1.      Plaintiffs filed this action for injunctive and other equitable relief on

3    December 31, 2001.

4        2.      On August 16, 2005, this court filed its order denying plaintiffs' motion

5

6    for a preliminary injunction.

7        3.      On September 2, 2005, plaintiffs appealed this court's order of August

8    16, 2005 to the United States Court of Appeals for the Ninth Circuit.

9

10       4.      On July 31, 2006, the Court of Appeals heard oral arguments, and the

11   appeal was submitted for decision.

12       5.      On April 30, 2007, the Court of Appeals issued its unpublished

13   memorandum decision reversing this court's order and finding this court erred in

14

15   refusing to issue the preliminary injunction requested by plaintiffs.

16       6.      On April 30, 2007, as soon as word of the Court of Appeals' decision was

17   received, this court placed the matter on calendar for May 21, 2007.

18       7.      The following day, May 1, 2007, plaintiffs filed a motion for a

19   Temporary Restraining Order and Preliminary Injunction; and three days later, on May

20   4, 2007, moved to expedite the May 21, 2007 hearing due to a claimed irreparable loss

21

22   of $3.8 million per day while the motion goes unresolved.

23       8.      Apparently, the Court of Appeals could take more than 19 months,

24   including nine months after the matter was argued and submitted, to decide whether

25   plaintiffs are suffering irreparable injury, but this court cannot wait another two weeks,

26

27   to give the other side time to respond, before hearing plaintiffs' request for a temporary

28   restraining order.

THE LAW OFFICES OF
William W. Palmer
1241 Carter Road – Sacramento – California – 95864
TELEPHONE (916) 972-0761

- 2 -

ORDER GRANTING PLAINTIFFS' MOTION TO EXPEDITE HEARING ON MOTION FOR
TEMPORARY RESTRAINING ORDER

PDF created with pdfFactory trial version www.pdffactory.com

Upon the basis of the foregoing, the Court hereby ORDERS:

1.      That a hearing for Motion for Temporary Restraining Order is set for **May 7, 2007 at 1:30 p.m.**

**2.**      That Defendant's opposition to such motion shall be filed on or before **11:00 a.m. on May 7, 2007.**

IT IS SO ORDERED at 4:00 o'clock p.m. this 4th day of May, 2007.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

THE LAW OFFICES OF
William W. Palmer
1241 Carter Road – Sacramento – California – 95864
TELEPHONE (916) 972-0761

- 3 -

ORDER GRANTING PLAINTIFFS' MOTION TO EXPEDITE HEARING ON MOTION FOR
TEMPORARY RESTRAINING ORDER

PDF created with pdfFactory trial version www.pdffactory.com