1   THE LAW OFFICES OF WILLIAM W. PALMER
        WILLIAM W. PALMER – State Bar No. 146404
2   1241 Carter Road
    Sacramento, California  95864
3   Telephone : (916) 972-0761
    Facsimile: (916) 972-0877
4

5   Attorney for Plaintiffs Chris Lusby Taylor,
    Nancy A. Pepple-Gonsalves, Gary Kesselman,
6   Susan Swinton, Dawn E. Struck, and William J.
    Palmer

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  CHRIS LUSBY TAYLOR, NANCY A.            Case No.:  CIV. –S-01-2407 WBS
    PEPPLE-GONSALVES, GARY
12  KESSELMAN, SUSAN SWINTON, DAWN E.       DECLARATION OF BRIAN D.
    STRUCK, and WILLIAM J. PALMER           BOYDSTON IN SUPPORT OF
13                                          PLAINTIFFS' MOTION FOR INTERIM
                                            FEE AWARD
14  As Taxpayers, and on behalf of themselves and
    other persons similarly situated,
15

16          Plaintiff,

17      vs.                                 Hearing:
                                            Date:      October 15, 2007
18  JOHN CHIANG, individually and in his    Time:      2:00 p.m.
    capacity as STATE CONTROLLER OF THE     Courtroom: 5
19  STATE OF CALIFORNIA; STEVE WESTLY,
    individually                            (The Hon. Judge William B. Shubb)
20

21          Defendants.

22

23                  **DECLARATION OF BRIAN D. BOYDSTON**

24  I, Brian D. Boydston, Esq., declare as follows:

25          1.      I am an attorney at law licensed to practice law before all courts of the State

26  of California. I have worked as an associate counsel in this case with William W. Palmer,

27

28

---

THE LAW OFFICES OF

William W. Palmer

1241 Carter Road – Sacramento – California – 95864
TELEPHONE (916) 972-0761

attorney of record for Plaintiffs herein. I have personal knowledge of the facts contained herein and if called as a witness I could and would testify to them.

2.      I have invested significant time and effort in connection with the litigation of this case on behalf of Plaintiffs and the putative Class Members. A true and correct report listing the actual hours, including the date, the time expended, and the tasks performed, by myself and members of my firm is attached hereto as **Exhibit A**. This time report (**Exhibit A**) also details all of the expenses my firm has incurred in prosecuting this case.

3.      As reflected in the time report (**Exhibit A**), I have been assisting Mr. Palmer in this case since July of 2002.  During that time members of my firm and I have spent substantial time reviewing documents, drafting, reviewing, editing and proofreading briefs, pleadings and correspondence.  I have planned strategy, discussed and debated legal issues and conferred extensively with Mr. Palmer on the relevant issues in this case.  We have spent substantial time meeting with different legislators and public interest groups in an attempt to resolve the issues at the heart of this litigation.

4.      My firm's rights to fees are contingent upon Mr. Palmer's fee agreement with Plaintiffs, which is a contingency fee agreement. Under each of the fee agreements, my firm and Mr. Palmer have been obligated to bear all of the risk that the case might not succeed, as well as bear all of the costs and expenses incurred in litigating the case. I have never received any payment of any legal fees from any client (or anyone else) in connection with this case. Indeed, despite the fact that the Ninth Circuit Court of Appeals twice ordered the Controller to pay costs in connection with the successful appeals, the Controller has never paid those costs.

- 1 -

DECLARATION OF BRIAN D. BOYDSTON IN SUPPORT OF PLAINTIFFS' MOTION FOR
INTERIM FEE AWARD

THE LAW OFFICES OF
William W. Palmer
1241 Carter Road – Sacramento – California – 95864
TELEPHONE (916) 972-0761

5.      This case has proven to be difficult, complex, and enormously time- and resource-consuming. In total, the attorneys in our office have invested 286 hours, valued at $350.00 per hour, for a total time-value of $100,240.00 in attorneys fees, and an additional $1,076.22 in expenses, and an additional $9,590.01 in costs, for a total of $109,830.01 in this case from inception through September 13, 2007, which represents the period for which the Plaintiffs seek an interim award of fees. The attorneys' $350.00 rate is commensurate with their credentials and experience, and is reasonable based on not only the attorneys' capabilities, but also in the marketplace for complex, sophisticated litigation. I regularly communicate with attorneys from larger firms who have similar experience and credentials to me, Mr. Palmer and Mr. Culhane, and those attorneys typically charge higher (and sometimes significantly higher) hourly rates than $350.00. Accordingly, $350.00 per hour is reasonable based on the experience, credentials and capabilities of my firm, as well as based on market rates for similar work.

6.      On behalf of Plaintiffs, I have used my best efforts to move this case forward expeditiously. However, my efforts and those of my colleagues have been frustrated by Defendants' litigation practices, which appear designed to use every possible means to delay the proceedings. While I respect the opposing counsel's efforts, which were initially successful, to defend the Controller's practices and to argue for immunity under the Eleventh Amendment, the Ninth Circuit rejected their arguments in its March, 2005, unanimous published opinion. *Taylor v. Westly*, 402 F.3d 924 (9th Cir. 2005) ("*Taylor I*"). In addition, the Ninth Circuit clearly held that the Controller's practices violate the Due Process Clause of the United States Constitution. At that point, we expected the Controller to significantly reform his practices and to seek a way to end this litigation through a

DECLARATION OF BRIAN D. BOYDSTON IN SUPPORT OF PLAINTIFFS' MOTION FOR
INTERIM FEE AWARD

mutually-agreeable settlement. Instead, amazingly, following the *Taylor I* opinion, Controller Steve Westly actually *increased* the seizure of private property, and took increasingly aggressive and unsupported positions in this litigation.

7.     Plaintiffs immediately sought to enjoin further violations of the United States Constitution by moving for a preliminary injunction. When this was denied, Plaintiffs again appealed to the Ninth Circuit. While that appeal was pending, the Plaintiffs in a separate case pending in the Northern District, *Suever v. Westly*, No. C-01-00156 RS (E.D. Cal.) obtained another favorable ruling from the Ninth Circuit echoing the holding in *Taylor I*. *Suever v. Westly*, 439 F.3d 1142 (9th Cir. 2006). In 2007, the Ninth Circuit issued another unanimous published decision directing this Court to enter a preliminary injunction prohibiting further violations of the Due Process Clause. *Taylor v. Westly*, 488 F.3d 1197 (9th Cir. 2007) ("*Taylor II*"). The *Taylor II* opinion explicitly relied on *Jones v. Flowers*, 126 S.Ct. 1726 (2006) and *Mullane v. Central Hanover Bank & Tr. Co.*, 339 U.S. 306 (1950). In addition, the *Taylor II* opinion recommended that this Court consider federal oversight of the Controller, in recognition of the reality that the Controller has taken no action whatsoever to correct his Unconstitutional practices despite the explicit rulings of *Taylor I*, *Suever* and the United States Supreme Court's opinion in *Jones v. Flowers*. *Taylor II* at 1202. This Court entered a Preliminary Injunction Order on June 1, 2007, which remains in effect.

8.     All of these activities, including Defendants' compulsive denial of the reality that the Ninth Circuit has already decided this case in Plaintiffs' favor, have dramatically increased the difficulty, complexity and expense of litigating this case.

THE LAW OFFICES OF
William W. Palmer
1241 Carter Road – Sacramento – California – 95864
TELEPHONE (916) 972-0761

- 3 -

9.    Plaintiffs' counsel has expended enormous resources creating the successful outcome in this case. In addition to the tens of thousands of dollars of expenses that counsel has incurred, this case has consumed an enormous amount of attorney time—time for which none of the attorneys has ever received any compensation whatsoever. As a result, this case has created significant hardship for Plaintiffs' counsel. This case has taken its toll on my personal financial situation, as well as my co-counsel. In addition to the burden of financing this litigation, I have been deprived of the opportunity to take on other work that could have generated a steady income for my firm. Likewise, because I have not received any compensation for my work to date, I have lost the time-value of the income I would have received if I were compensated regularly, as well as the opportunity to invest such income.

10.    Nevertheless, because the Ninth Circuit ruled in our favor in March, 2005, my co-counsel and I have elected to find a way to vindicate our clients' rights, and to correct the enormous injustice perpetrated by the Controller over the past two decades. On August 27, 2007, Governor Schwartzenegger signed SB 86, which is the first concrete step in correcting the Controller's vast misconduct. Without our efforts, the 8.2 million owners of the $5.1 Billion Unclaimed Property Fund would never receive Constitutional Notice of the seizure of their property, and the Controller would have continued to recklessly seize billions more with abandon. This case will result in the vindication of important Constitutional rights for millions of individuals, past and future. This is an extraordinary result, particularly given the hurdles that Plaintiffs surmounted in the early phase of the case. When my firm obtains an extraordinary result on behalf of a client, my clients will typically pay a premium—*i.e.,* either a "bonus" or an increased billing rate, for the extraordinary

THE LAW OFFICES OF
William W. Palmer
1241 Carter Road – Sacramento – California – 95864
TELEPHONE (916) 972-0761

result. I am familiar with other firms who likewise receive a "premium" for extraordinary

results that they obtain on behalf of their clients.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 18, 2007


/s/
Brian D. Boydston, Esq.

DECLARATION OF BRIAN D. BOYDSTON IN SUPPORT OF PLAINTIFFS' MOTION FOR
INTERIM FEE AWARD

THE LAW OFFICES OF
William W. Palmer
1241 Carter Road – Sacramento – California – 95864
TELEPHONE (916) 972-0761

Pick & Boydston, LLP
A Partnership Including A Professional Corporation
1000 Wilshire Blvd., Suite 600
Los Angeles, California  90017
(213) 624-1996

Statement for the Period Ending August 31, 2007

Page: 1
09/15/07
Client No.: 6088-02H

Re:  Taylor v. Westly

|  |  | Hours |
|---|---|---|
| 07/22/02 | | |
| SG | Confer re status with B. Boydston | 0.20 |
| BDB | Telecon with W. Palmer, Confer in re status | 0.50 |
| 07/23/02 | | |
| SG | Review materials sent by William Palmer | 2.30 |
| 07/24/02 | | |
| SG | Review materials sent by W. Palmer | 3.70 |
| 07/25/02 | | |
| SG | Review documents by Bill Palmer | 1.00 |
| 07/26/02 | | |
| SG | Confer re status | 0.20 |
| BDB | Confer in re status | 0.20 |
| 08/02/02 | | |
| SG | Review Palmer correspondence | 0.30 |
| 08/08/02 | | |
| JCS | Telecon with B. Palmer re status, Confer re status, Review file | 0.60 |
| BDB | Telecon with W. Palmer | 0.40 |
| 08/09/02 | | |
| SG | Telecon with B. Palmer | 0.30 |
| BDB | Telecon with W. Palmer | 0.30 |
| 08/21/02 | | |
| SG | Review documents to prepare complaint | 1.20 |
| 08/29/02 | | |
| SG | Review documents from Palmer, Confer with B. Boydston | 5.50 |

Page: 2
09/15/07
Client No.: 6088-02H

Re:  Taylor v. Westly

|  |  | Hours |
|---|---|---|
| 08/30/02 |  |  |
| BDB | Review file, Confer re status | 2.50 |
| SG | Draft and revise memorandum, Confer with B. Boydston | 4.00 |
| 09/03/02 |  |  |
| SG | Draft and revise memorandum, Confer with B. Boydston | 3.50 |
| 09/04/02 |  |  |
| SG | Draft and revise memorandum, Confer with B. Boydston, Draft email to Palmer | 3.00 |
| 10/01/02 |  |  |
| BDB | Review and revise Taylor appeal brief | 3.50 |
| 10/02/02 |  |  |
| BDB | Telecon with B. Palmer | 0.30 |
| 10/28/02 |  |  |
| BDB | Confer re status with W. Palmer, Review file | 1.20 |
| 11/13/02 |  |  |
| SG | Telecon with B. Palmer, Review correspondence | 0.60 |
| 11/15/02 |  |  |
| SG | Review correspondence | 0.20 |
| 11/21/02 |  |  |
| BDB | Draft correspondence, Confer re status | 1.80 |
| 12/02/02 |  |  |
| BDB | Confer re status | 0.30 |
| 01/06/03 |  |  |
| BDB | Review and revise related pleadings | 3.50 |
| 01/09/03 |  |  |
| BDB | Review and revise related pleadings | 3.50 |
| 01/10/03 |  |  |
| BDB | Review and revise related pleadings | 2.50 |
| 04/09/03 |  |  |
| BDB | Review file, Telecon with B. Palmer | 0.80 |
| 04/14/03 |  |  |
| BDB | Review file, Draft correspondence | 1.00 |

Re:  Taylor v. Westly

|  | | Hours |
|---|---|---|
| 08/11/03 | | |
| BDB | Confer in re status | 0.30 |
| 09/05/03 | | |
| BDB | Confer in re status | 0.30 |
| 09/08/03 | | |
| BDB | Prepare for and attend status conference | 1.00 |
| 09/30/03 | | |
| BDB | Meet and confer with James Harrison and Bill Palmer | 1.50 |
| 10/06/03 | | |
| BDB | Attend status conference | 1.20 |
| 10/24/03 | | |
| BDB | Telecon with W. Palmer | 0.20 |
| 10/27/03 | | |
| BDB | Research attorneys fees issues, Telecon with W. Palmer and J. Harrison | 3.10 |
| 10/28/03 | | |
| BDB | Research attorney general issues | 1.80 |
| 10/29/03 | | |
| BDB | Confer in re status | 0.30 |
| 11/06/03 | | |
| BDB | Research re attorneys fees, Draft brief | 2.50 |
| 11/07/03 | | |
| BDB | Draft brief | 1.80 |
| 11/12/03 | | |
| SG | Confer with B. Boydston re settlement conference | 0.20 |
| BDB | Prepare for and attend settlement conference | 6.00 |
| 11/18/03 | | |
| BDB | Prepare for and attend status conference and settlement conference | 6.50 |
| 12/02/03 | | |
| BDB | Telecon with B. Palmer | 0.80 |
| 12/03/03 | | |
| BDB | Conference call with B. Palmer, L. | |

```
                                                      Page: 4
                                                      09/15/07
                                       Client No.:  6088-02H
```

Re:  Taylor v. Westly

|  |  | Hours |
|---|---|---|
| | Harrison, R. Johansen and R. McDonald | 1.20 |
| **12/04/03** | BDB Telecon with B. Palmer | 0.50 |
| **12/10/03** | BDB Telecon with J. Harrison, Confer in re status, Review case law | 1.30 |
| **12/11/03** | BDB Review draft correspondence | 0.40 |
| **12/24/03** | BDB Telecon with B. Palmer | 0.30 |
| **12/30/03** | BDB Review file, Telecon with W. Palmer | 1.50 |
| **01/06/04** | BDB Telecon with Bill Palmer | 0.30 |
| **01/07/04** | BDB Prepare for travel to and attend meeting with co-counsel, Draft notice | 3.30 |
| **01/08/04** | BDB Telecon with Bill Palmer | 0.50 |
| **01/20/04** | BDB Telecon with counsel | 0.20 |
| **01/21/04** | BDB Telecons with R. Johanson, James Harrison, Bill Palmer and Rob McDonald | 1.60 |
| **01/28/04** | BDB Attend related status conference | 1.50 |
| **01/29/04** | BDB Telecon with Bill Palmer, and Rob McDonald | 0.70 |
| **02/03/04** | BDB Telecon with B. Palmer | 0.30 |
| **02/04/04** | BDB Telecon with B. Palmer | 0.30 |
| **02/06/04** | BDB Telecon with B. Palmer | 0.30 |

```
                                              Page: 5
                                              09/15/07
                                   Client No.: 6088-02H
```

Re:  Taylor v. Westly

|  |  | Hours |
|---|---|---|
| | BDB Conference call with Bill Palmer, et al. | 1.00 |
| 02/09/04 | | |
| | BDB Prepare for and attend MSC | 4.00 |
| 02/10/04 | | |
| | BDB Telecon with B. Palmer | 0.50 |
| 02/12/04 | | |
| | BDB Telecon with B. Palmer | 0.40 |
| 02/17/04 | | |
| | BDB Telecon with Steve White | 0.50 |
| | BDB Telecon with Bill Palmer | 0.50 |
| 02/23/04 | | |
| | BDB Telecon with Bill Palmer | 0.60 |
| 02/24/04 | | |
| | BDB Telecon with Bill Palmer, Review file | 1.50 |
| 03/09/04 | | |
| | JCS Review correspondence from B. Palmer | 0.20 |
| 03/10/04 | | |
| | JCS Review correspondence from B. Palmer | 0.10 |
| | JCS Draft notes re above | 0.10 |
| 03/11/04 | | |
| | JCS Telecon with B. Palmer re above | 0.10 |
| | JCS Telecon with B. Palmer | 0.10 |
| | JCS Draft notes re above telecons | 0.10 |
| 03/12/04 | | |
| | JCS Review correspondence from B. Palmer | 0.20 |
| 03/15/04 | | |
| | JCS Confer with B. Boydston re status | 0.10 |
| 03/16/04 | | |
| | BDB Telecon with B. Palmer | 0.50 |
| 03/24/04 | | |
| | JCS Telecon with B. Palmer re above | 0.10 |
| 03/30/04 | | |
| | BDB Attend related status conference | 1.30 |
| | BDB Confer in re status | 0.60 |

Page: 6
09/15/07
Client No.: 6088-02H

Re:  Taylor v. Westly

|  |  | Hours |
|---|---|---|
| 03/31/04 | | |
| BDB | Confer in re status | 0.30 |
| BDB | Draft memo for Mr. Burton | 0.50 |
| 05/04/04 | | |
| BDB | Telecon with Jonathan Renner, Esq. | 0.20 |
| 05/14/04 | | |
| BDB | Draft memo | 0.50 |
| 05/26/04 | | |
| BDB | Review draft press release | 0.20 |
| 06/03/04 | | |
| BDB | Revise memo | 0.30 |
| 06/10/04 | | |
| BDB | Revise letter to J. Burton | 0.30 |
| 06/21/04 | | |
| BDB | Draft memorandum | 0.30 |
| 06/28/04 | | |
| ES | Review file re common fund operation | 0.80 |
| 07/12/04 | | |
| ES | Confer re status with B. Boydston | 0.20 |
| ES | Review file and pleadings | 2.00 |
| 07/14/04 | | |
| ABP | Telecons with B. Palmer, Review file re status | 1.00 |
| 07/15/04 | | |
| ES | Review file and pleadings | 1.50 |
| 07/19/04 | | |
| ES | Telecon with B. Palmer re status | 0.30 |
| 07/20/04 | | |
| ES | Review correspondence from B. Palmer re tasks to be done | 0.60 |
| ES | Confer with B. Palmer | 0.20 |
| 07/21/04 | | |
| ES | Review file and status re amendment/client agreement | 0.70 |
| 07/22/04 | | |
| ES | Make A. Pick travel arrangements | 0.50 |

Page: 7
09/15/07
Client No.: 6088-02H

Re:  Taylor v. Westly

|  |  | Hours |
|---|---|---|
| ES | Confer with A. Pick re meeting in Sacramento | 0.30 |
| ES | Draft email to B. Boydston re status | 0.20 |
| ES | Email second amended complaint to B. Palmer | 0.20 |
| **07/23/04** | | |
| ES | Telecon with B. Palmer | 0.30 |
| ES | Draft email to B. Palmer | 0.20 |
| ES | Amend client fee agreement and send to B. Palmer | 0.50 |
| **07/26/04** | | |
| ABP | Prepare for and meet with L. Uhler, B. Palmer, D. Ackerman, J. Burton, A. Levy, D. Koeky, Confer re status | 13.00 |
| **07/27/04** | | |
| ES | Confer re status with A. Pick | 0.30 |
| ES | Review second amended complaint and fax same to B. Palmer | 0.40 |
| ES | Review B. Palmer's subpoena and prepare additional subpoenas | 1.90 |
| ABP | Telecons with A. Levy and B. Palmer, Review file | 0.80 |
| **07/28/04** | | |
| ES | Review B. Palmer revisions, Telecon with B. Palmer | 0.40 |
| ABP | Telecons with B. Palmer, Telecons with A. Levy, Review files | 0.90 |
| **07/29/04** | | |
| ABP | Telecons with B. Palmer, Confer re status, Telecon with A. Levy | 3.80 |
| **07/30/04** | | |
| ABP | Telecons with B. Palmer, Telecons with B. Boydston, Telecon with R. Johanson, Confer re status, Review files | 2.30 |
| **08/03/04** | | |
| ES | Telecon with A. Pick and B. Palmer re consolidation | 0.40 |
| **08/04/04** | | |
| ES | Review correspondence | 0.30 |
| **08/20/04** | | |
| BDB | Review file | 3.50 |

```
                                              Page: 8
                                              09/15/07
                                  Client No.: 6088-02H
```

Re:  Taylor v. Westly


|  |  | Hours |
|---|---|---|
| **08/23/04** | | |
| ES | Confer with B. Boydston | 0.20 |
| BDB | Review file | 2.50 |
| **08/24/04** | | |
| BDB | Review file | 3.50 |
| **08/26/04** | | |
| BDB | Review file | 3.50 |
| **08/30/04** | | |
| BDB | Draft memorandum | 4.00 |
| **08/31/04** | | |
| BDB | Telecon with Bill Harris | 0.30 |
| **09/10/04** | | |
| BDB | Draft memorandum | 4.50 |
| **09/20/04** | | |
| BDB | Draft correspondence | 0.30 |
| **09/24/04** | | |
| BDB | Telecon with Bill Palmer | 0.50 |
| **09/28/04** | | |
| BDB | Telecon with Art Levy | 0.40 |
| **09/29/04** | | |
| BDB | Telecon with Marc Levine, Esq., Telecon with Art Levy, Esq., Telecon with Bill Palmer | 1.30 |
| **09/30/04** | | |
| BDB | Telecon with Bill Palmer, Telecon with Richard de la Mora, Review file, Telecon with Art Levy, Telecon with Bill Palmer | 2.40 |
| **10/04/04** | | |
| BDB | Review file, Draft correspondence | 0.80 |
| **10/07/04** | | |
| BDB | Review file, Telecon with B. Palmer, Revise correspondence | 1.00 |
| **10/11/04** | | |
| BDB | Review file, Draft correspondence, Telecon with B. Palmer | 0.80 |

```
                                              Page:  9
                                            09/15/07
                              Client No.:  6088-02H
```

Re:  Taylor v. Westly

|  |  | Hours |
|---|---|---|
| 10/18/04 | | |
| BDB | Prepare for, travel to and attend related status conference, Draft status report | 2.40 |
| 10/19/04 | | |
| BDB | Draft correspondence | 0.20 |
| 10/21/04 | | |
| BDB | Confer in re status | 0.40 |
| 10/26/04 | | |
| BDB | Research pending legal issues | 2.80 |
| 10/27/04 | | |
| BDB | Research pending legal issues | 0.70 |
| 11/01/04 | | |
| BDB | Research pending legal issues | 2.30 |
| 11/02/04 | | |
| BDB | Draft memorandum, Telecon with B. Palmer | 4.50 |
| 11/03/04 | | |
| BDB | Research pending legal issues | 3.00 |
| 11/08/04 | | |
| BDB | Review pending legal issues | 1.70 |
| 11/09/04 | | |
| BDB | Draft memorandum | 2.50 |
| 11/10/04 | | |
| BDB | Draft memorndum | 2.50 |
| 11/12/04 | | |
| BDB | Telecon with W. Palmer | 0.50 |
| 11/24/04 | | |
| BDB | Prepare for and attend related hearing | 2.50 |
| 12/01/04 | | |
| BDB | Draft memorandum | 1.80 |
| 12/16/04 | | |
| BDB | Attend related hearing | 0.50 |
| 01/12/05 | | |
| BDB | Telecon with W. Palmer | 1.50 |

Page: 10
09/15/07
Client No.: 6088-02H

Re:  Taylor v. Westly

|  |  | Hours |
|---|---|---|
| **01/19/05** | | |
| BDB | Prepare for and attend related status conference, Draft status report, Review and revise motion to amend | 3.00 |
| **02/11/05** | | |
| BDB | Telecon with W. Palmer | 0.40 |
| **03/24/05** | | |
| BDB | Review file and court order | 3.50 |
| **03/25/05** | | |
| BDB | Draft memorandum | 2.80 |
| **03/28/05** | | |
| ES | Review file, Draft Freedom of Information request | 1.00 |
| **03/29/05** | | |
| ES | Research and download Taylor v. Westly opinion, Review same | 0.80 |
| BDB | Review court's opinion, Review related cases, Telecon with W. Palmer | 4.80 |
| **03/30/05** | | |
| ES | Review emails from B. Palmer | 0.30 |
| **04/03/05** | | |
| BDB | Prepare for related hearing | 1.50 |
| **04/04/05** | | |
| BDB | Attend related hearing | 1.50 |
| **04/08/05** | | |
| BDB | Confer in re status, Draft memorandum | 1.50 |
| **04/12/05** | | |
| BDB | Review and revise motion papers | 3.50 |
| **04/26/05** | | |
| BDB | Telecon with court clerk | 0.40 |
| **04/27/05** | | |
| BDB | Telecon with W. Palmer | 0.50 |
| **05/17/05** | | |
| BDB | Telecon with David Cohen, Esq., Draft correspondence | 2.90 |

Re:  Taylor v. Westly

|  |  | Hours |
|---|---|---|
| 05/30/05 | BDB Review and revise TRO papers | 8.50 |
| 06/21/05 | BDB Telecon with W. Palmer | 0.70 |
| 06/22/05 | BDB Telecon with W. Palmer | 0.50 |
| 06/23/05 | BDB Telecon with W. Palmer | 0.40 |
| 06/24/05 | BDB Telecon with W. Palmer | 0.50 |
| 08/19/05 | BDB Telecon with W. Palmer | 0.50 |
| 09/26/05 | BDB Review and revise opening brief | 6.50 |
| 10/13/05 | BDB Attend related status conference | 1.00 |
| 12/19/05 | BDB Telecon with W. Palmer | 0.20 |
| 02/01/06 | BDB Telecon with Bill Palmer | 0.30 |
| 02/02/06 | BDB Attend related status conference | 1.00 |
| 02/09/06 | BDB Telecon with Bill Palmer | 0.30 |
| 04/04/06 | BDB Attend related status conference | 0.70 |
| 04/24/06 | BDB Draft brief | 2.80 |
| 05/10/06 | BDB Draft memornadum | 3.50 |
| 05/17/06 | ES  Review cases for B. Boydston | 0.30 |
|  | BDB Draft related appeal brief | 6.50 |

Page: 12
09/15/07
Client No.: 6088-02H

Re:  Taylor v. Westly

|  |  | Hours |
|---|---|---|
| 05/25/06 | | |
| BDB | Review and revise related opening brief | 2.80 |
| 06/09/06 | | |
| BDB | Review and revise related opening brief | 3.50 |
| 07/05/06 | | |
| JCS | Confer with E. Syverson re July 10, 2006 status conference, Draft notes re above conference | 0.30 |
| 07/10/06 | | |
| JCS | Review file in preparation for related status conference, Appear at status conference, Confer with E. Syverson and A. Pick re above, Review file for notice re above | 2.30 |
| 08/16/06 | | |
| BDB | Telecon with W. Palmer re appellate hearing | 0.50 |
| 10/16/06 | | |
| BDB | Telecon with Bill Palmer | 0.30 |
| 11/15/06 | | |
| BDB | Review Suever opinion | 0.30 |
| 11/28/06 | | |
| BDB | Telecon with R. Johanson | 0.20 |
| 02/06/07 | | |
| BDB | Review correspondence, Telecon with Bill Palmer | 0.40 |
| 04/18/07 | | |
| BDB | Attend related tatus conference | 1.70 |
| 04/30/07 | | |
| BDB | Review Taylor 2 | 0.40 |
| 05/09/07 | | |
| BDB | Telecon with B. Palmer, Telecon with R. Johanson | 0.50 |
| 05/21/07 | | |
| BDB | Review and revise preliminary injunction papers | 3.50 |

Page: 13
09/15/07
Client No.: 6088-02H

Re:  Taylor v. Westly

|  | | Hours |
|---|---|---|
| 06/04/07 | | |
| BDB | Review preliminary injunction re Taylor, Confer in re status | 2.40 |
| 06/08/07 | | |
| BDB | Review media inquiries, Confer in re status | 1.50 |
| 09/05/07 | | |
| BDB | Telecon with W. Palmer | 0.40 |
| 09/07/07 | | |
| BDB | Telecon with W. Palmer, Review and revise motion for  award | 2.50 |
| 09/13/07 | | |
| BDB | Draft declaration | 1.30 |
| | Total Fees | 286.40  100,240.00 |

| 08/30/02 | Facsimile | 8.50 |
|---|---|---|
| 02/06/03 | Facsimile - 12/17/2002 - 02/06/2003 | 11.00 |
| 05/08/03 | Photocopying | 32.69 |
| 05/30/03 | Facsimile (February - May) | 69.00 |
| 08/01/03 | Photocopying | 679.81 |
| 10/30/03 | Facsimile | 146.00 |
| 11/30/03 | Facsimile | 2.00 |
| 04/30/04 | Facsimile | 28.00 |
| 04/30/04 | Facsimile | 53.00 |
| 05/01/07 | Photocopying | 21.05 |
| 06/05/07 | Photocopying | 25.17 |
| | Total Expenses | 1,076.22 |

| 09/30/02 | Lexis Research | 226.98 |
|---|---|---|
| 10/31/02 | Lexis Research | 453.18 |
| 11/06/02 | Messenger | 11.50 |
| 11/07/02 | Messenger | 64.64 |
| 11/07/02 | Federal Express | 41.60 |
| 11/07/02 | Federal Express | 24.18 |
| 11/08/02 | Messenger | 45.35 |
| 11/30/02 | Lexis Research | 56.01 |
| 12/06/02 | Messenger | 65.42 |
| 12/06/02 | Messenger | 9.00 |
| 01/10/03 | Messenger | 55.39 |
| 01/17/03 | Messenger | 48.65 |

```
                                              Page: 14
                                              09/15/07
                                  Client No.: 6088-02H
```

Re:  Taylor v. Westly

| Date | Description | Amount |
|------|-------------|-------:|
| 01/21/03 | Messenger | 15.75 |
| 01/31/03 | Lexis Research | 101.89 |
| 01/31/03 | Lexis Research | 42.95 |
| 02/04/03 | Messenger | 15.75 |
| 02/04/03 | Messenger | 45.35 |
| 02/04/03 | Messenger | 45.35 |
| 02/07/03 | Travel Expense | 9.00 |
| 02/21/03 | Travel Expense | 9.00 |
| 03/07/03 | Messenger | 48.65 |
| 03/17/03 | Travel Expense | 9.00 |
| 03/20/03 | Filing Fee | 25.30 |
| 03/31/03 | Lexis Research | 278.06 |
| 04/15/03 | Travel Expense | 9.00 |
| 04/30/03 | Postage - 12/17 - 02/06/2003 | 6.05 |
| 05/09/03 | Messenger | 53.35 |
| 05/27/03 | Messenger | 80.09 |
| 05/28/03 | Messenger | 42.05 |
| 05/30/03 | Postage (March - May) | 82.60 |
| 05/31/03 | Lexis Research | 277.03 |
| 06/06/03 | Travel Expense | 9.00 |
| 06/20/03 | Messenger | 35.45 |
| 06/25/03 | Travel Expense | 9.00 |
| 06/30/03 | Lexis Research | 207.05 |
| 07/10/03 | Messenger | 59.95 |
| 07/17/03 | Federal Express | 26.89 |
| 07/31/03 | Postage | 71.40 |
| 07/31/03 | Lexis Research | 13.60 |
| 07/31/03 | Lexis Research | 11.07 |
| 08/01/03 | Messenger | 66.54 |
| 09/05/03 | Travel Expense | 9.00 |
| 09/08/03 | Travel Expense | 9.00 |
| 09/30/03 | Postage | 66.05 |
| 09/30/03 | Lexis Research | 30.83 |
| 09/30/03 | Postage | 35.84 |
| 10/02/03 | Messenger | 45.35 |
| 10/17/03 | Travel Expense | 45.00 |
| 10/17/03 | Travel Expense | 30.00 |
| 10/29/03 | Messenger | 15.75 |
| 10/30/03 | Postage | 6.45 |
| 10/31/03 | Lexis Research | 37.78 |
| 10/31/03 | Lexis Research | 35.81 |
| 11/10/03 | Messenger | 15.75 |
| 11/30/03 | Postage | 6.12 |
| 12/31/03 | Lexis Research | 29.87 |
| 12/31/03 | Postage | 14.92 |
| 01/26/04 | Messenger | 65.57 |
| 01/31/04 | Travel Expense | 9.00 |
| 01/31/04 | Postage | 2.86 |
| 02/06/04 | Messenger | 95.89 |
| 02/11/04 | Messenger | 43.65 |
| 02/13/04 | Federal Express | 23.89 |

Page: 15
09/15/07
Client No.: 6088-02H

Re:  Taylor v. Westly

| Date | Description | Amount |
|------|-------------|-------:|
| 02/26/04 | Messenger | 15.75 |
| 02/29/04 | Postage | 17.81 |
| 03/30/04 | Travel Expense | 6.00 |
| 04/09/04 | Messenger | 58.69 |
| 04/23/04 | Filing Fee | 165.00 |
| 04/23/04 | Messenger | 60.75 |
| 04/30/04 | Postage | 16.00 |
| 04/30/04 | Lexis Research | 184.05 |
| 05/07/04 | Travel Expense | 32.45 |
| 05/31/04 | Lexis Research | 205.29 |
| 07/07/04 | Travel Expense | 8.00 |
| 07/26/04 | Travel Expense | 218.20 |
| 07/26/04 | Travel Expense | 127.36 |
| 07/31/04 | Postage | 13.65 |
| 07/31/04 | Lexis Research | 4.60 |
| 07/31/04 | Postage | 16.00 |
| 08/02/04 | Filing Fee | 36.30 |
| 08/19/04 | Messenger | 48.65 |
| 08/30/04 | Messenger | 50.25 |
| 08/31/04 | Lexis Research | 38.77 |
| 08/31/04 | Lexis Research | 214.58 |
| 09/23/04 | Travel Expense | 6.00 |
| 10/31/04 | Lexis Research | 25.58 |
| 11/12/04 | Messenger | 55.25 |
| 11/30/04 | Lexis Research | 263.58 |
| 12/01/04 | Messenger | 55.25 |
| 01/20/05 | Messenger | 44.00 |
| 01/20/05 | Messenger | 42.55 |
| 01/25/05 | Filing Fee | 36.30 |
| 01/25/05 | Filing Fee | 36.30 |
| 03/25/05 | Messenger | 50.30 |
| 03/31/05 | Lexis Research | 128.11 |
| 03/31/05 | Lexis Research | 237.91 |
| 04/04/05 | Travel Expense - Parking | 9.00 |
| 04/27/05 | Messenger | 57.12 |
| 06/30/05 | Lexis Research | 48.53 |
| 07/01/05 | Messenger | 49.85 |
| 07/18/05 | Travel Expense | 6.00 |
| 07/31/05 | Lexis Research | 75.28 |
| 09/12/05 | Travel Expense | 6.00 |
| 09/30/05 | Lexis Research | 20.40 |
| 10/03/05 | Messenger | 47.74 |
| 10/13/05 | Travel Expense | 6.00 |
| 10/24/05 | Filing Fee | 100.00 |
| 10/24/05 | Filing Fee - Appeal | 655.00 |
| 12/31/05 | Lexis Research | 45.61 |
| 01/04/06 | Travel Expense | 198.40 |
| 01/04/06 | Travel Expense | 3.00 |
| 02/02/06 | Travel Expense | 6.00 |
| 02/02/06 | Travel Expense | 6.00 |
| 04/04/06 | Travel Expense | 9.00 |

```
                                              Page: 16
                                              09/15/07
                               Client No.: 6088-02H
```

Re:  Taylor v. Westly

```
04/27/06 Messenger                              30.80
05/31/06 Lexis Research                         17.24
06/09/06 Messenger                              30.80
06/15/06 Filing Fee                             40.00
06/15/06 Messenger                              44.85
06/15/06 Messenger                              58.67
06/15/06 Messenger                              25.57
06/20/06 Filing Fee                             40.00
06/30/06 Lexis Research                        102.92
07/06/06 Messenger                              48.15
07/13/06 Federal Express                        46.99
07/31/06 Lexis Research                        125.80
09/18/06 Travel Expense                          9.00
09/30/06 Lexis Research                      1,358.53
10/27/06 Messenger                              26.35
11/01/06 Messenger                              50.27
12/08/06 Travel Expense                          9.00
01/07/07 Travel Expense                          9.00
03/31/07 Travel Expense                          9.00
04/06/07 Messenger                              65.41
04/18/07 Travel Expense                         10.00
06/19/07 Travel Expense                          6.00
07/03/07 Messenger                              59.00
07/05/07 Travel Expense                         10.00
07/06/07 Travel Expense                          6.00
                                              _____

         Total Advances                       9,590.01

         Total Current Fees and Costs       109,830.01


         Balance Due                        109,830.01
                                            ==========
```