UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CHRIS LUSBY TAYLOR, NANCY A. PEPPLE-GONSALVES, GARY KESSELMAN, SUSAN SWINTON, DAWN E. STRUCK AND WILLIAM J. PALMER, on behalf of themselves and other persons similarly situated,

    Plaintiffs,

  v.

JOHN CHIANG, in his official capacity as CONTROLLER OF THE STATE OF CALIFORNIA, and STEVE WESTLY, individually

    Defendants.

NO. CIV. S-01-2407 WBS GGH

ORDER

----oo0oo----

    This matter is referred to Magistrate Judge Gregory G. Hollows for Findings and Recommendations upon the calculation and amount of interim fees and costs to be awarded to plaintiffs' attorneys for the work in this court and in the Court of Appeals regarding the issue of attorney's fees, pursuant to the opinion of the Court of Appeals filed May 12, 2008 in this action.  The Magistrate Judge is authorized to take such testimony, hold such

1

hearings, consider such evidence, and conduct such proceedings as he deems appropriate in arriving at his Findings and Recommendations.  Upon the filing of the Magistrate Judge's Findings and Recommendations, the court will set the motion for interim attorney's fees down for final hearing.

IT IS SO ORDERED.

DATED:  June 18, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE