IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRIS LUSBY TAYLOR, et al.,

    Plaintiffs,

  v.                                  NO. CIV. S-01-2407 WBS GGH

JOHN CHIANG, et al.,

<u>ORDER</u>

    Defendants.

_____/

       This matter is before the court on the issue of interim attorneys' fees as ordered by the Ninth Circuit Court of Appeals and referred to the undersigned by the district court.

       The parties shall file status reports which will include a suggested briefing schedule for the motion for attorneys fees, shall set forth what discovery, if any, is necessary, and shall indicate whether an evidentiary hearing is warranted and if so, reasons in support.

       Accordingly, IT IS ORDERED that the parties shall file simultaneous status reports within 15 days of this order.  The court will then schedule the matter.

DATED: 06/27/08

                                        /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        U.S. MAGISTRATE JUDGE

GGH:076
Taylor2407.fees.wpd

1