IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRIS LUSBY TAYLOR, et al.,

    Plaintiffs,

  v.   NO. CIV. S-01-2407 WBS GGH

JOHN CHIANG, et al.,

    Defendants.   ORDER
_____/

    Before the court is defendants' ex parte application to extend discovery period and briefing schedule. Defendants' motion to compel presently is calendared for hearing on November 20, 2008. Plaintiffs have filed an opposition. Having reviewed the papers, the court has determined to grant defendants' application in part.

    Accordingly, IT IS ORDERED that:

    1. Defendants' ex parte application to extend discovery period and briefing schedule, filed October 17, 2008, is granted in part and denied in part.

    2. The November 20, 2008 hearing on defendants' motion to compel, filed October 10, 2008, is advanced to November 10, 2008 at 9:00 a.m.

\\\\\

\\\\\

1

3. Any further proposed scheduling modifications will be addressed at the hearing.

DATED: 10/21/08                                    /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          U. S. MAGISTRATE JUDGE

GGH:076:Taylor2407.min.wpd