UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CHRIS LUSBY TAYLOR, NANCY A. PEPPLE-GONSALVES, GARY KESSELMAN, SUSAN SWINTON, DAWN E. STRUCK AND WILLIAM J. PALMER, on behalf of themselves and other persons similarly situated,

       Plaintiffs,

  v.

JOHN CHIANG, in his official capacity as CONTROLLER OF THE STATE OF CALIFORNIA, and STEVE WESTLY, individually

       Defendants.

NO. CIV. S-01-2407 WBS GGH

ORDER OF RECUSAL

----oo0oo----

       Because of the ceaseless calumny leveled against the undersigned judge by plaintiffs' attorney William W. Palmer, the undersigned no longer believes it would be fitting for him to continue to preside over this case.  Accordingly, the undersigned now hereby recuses himself from all further proceedings in this case and refers the matter to the Chief Judge for reassignment to another judge.

1       IT IS SO ORDERED.

2  DATED: January 23, 2009

```
                     /s/ William B. Shubb
                     WILLIAM B. SHUBB
                     UNITED STATES DISTRICT JUDGE
```