UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LUSBY TAYLOR, NANCY A. PEPPLE-GONSALVES, GARY KESSELMAN, SUSAN SWINTON, DAWN E. STRUCK, and WILLIAM J. PALMER<br><br>On behalf of themselves and other persons similarly situated,<br><br>         Plaintiffs,<br><br>vs.<br><br>JOHN CHIANG, in his capacity as CONTROLLER OF THE STATE OF CALIFORNIA, and STEVE WESTLY, individually,<br><br>         Defendants. | No.: CIV. S-01-2407 JAM GGH<br><br>**ORDER DIRECTING<br>CLERK TO ISSUE WRIT OF EXECUTION** |

[PROPOSED] ORDER DIRECTING CLERK
TO ISSUE WRIT OF EXECUTION –
NO. CIV. S-01-2407 JAM GGH

PDF created with pdfFactory trial version www.pdffactory.com

**TO:** **CLERK OF THE COURT FOR THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

You are directed to issue the accompanying Writ of Execution in favor of plaintiffs and against defendants John Chiang, in his official capacity as the Controller of the State of California, and Steve Westly, for a total amount of $1,456,592.88.

DATED: May 12, 2009

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

(00081301)

[PROPOSED] ORDER DIRECTING CLERK
TO ISSUE WRIT OF EXECUTION –
NO. CIV. S-01-2407 JAM GGH

1

PDF created with pdfFactory trial version www.pdffactory.com