UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LUSBY TAYLOR, NANCY A. PEPPLE-GONSALVES, GARY KESSELMAN, SUSAN SWINTON, DAWN E. STRUCK, and WILLIAM J. PALMER,<br><br>On behalf of themselves and other persons similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>JOHN CHIANG, in his capacity as CONTROLLER OF THE STATE OF CALIFORNIA, and STEVE WESTLY, individually,<br><br>    Defendants. | Case No. 2:01-CV-02407 JAM-GGH<br><br><br><br><br><br><br><br><u>RELATED CASE ORDER</u> |
| ALEJANDRO T. ANDREU,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN CHIANG, in his individual and official capacity as CONTROLLER OF THE STATE OF CALIFORNIA,<br><br>    Defendant. | Case No. 2:11-CV-02924 GEB-DAD |

    Examination of the above-entitled actions reveals that these

1

PDF created with pdfFactory trial version www.pdffactory.com

actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:11-CV-02924 GEB-DAD be reassigned to Judge John A. Mendez for all further proceedings, and any dates currently set in this reassigned case *only* are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:11-CV-02924 JAM-GGH.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: January 13, 2012

/s/ John A. Mendez
U. S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com