ROBIN B. JOHANSEN, State Bar No. 79084
MARGARET R. PRINZING, State Bar No. 209482
REMCHO, JOHANSEN & PURCELL, LLP
201 Dolores Avenue
San Leandro, CA  94577
Phone:  (510) 346-6200
Fax:  (510) 346-6201
Email:  rjohansen@rjp.com

Attorneys for Defendants John Chiang and Steve Westly

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LUSBY TAYLOR, NANCY A. PEPPLE-GONSALVES, GARY KESSELMAN, SUSAN SWINTON, DAWN E. STRUCK, and WILLIAM J. PALMER <br><br> On behalf of themselves and other persons similarly situated, <br><br>          Plaintiffs, <br><br> vs. <br><br> JOHN CHIANG, in his capacity as CONTROLLER OF THE STATE OF CALIFORNIA, and STEVE WESTLY, individually, <br><br>          Defendants. | No.:  CIV. S-01-2407 JAM GGH <br><br> **ORDER DENYING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR PRELIMINARY INJUNCTION** <br><br> Hearing: <br><br> Date:  May 30, 2012 <br> Time:  10:00 a.m. <br> Courtroom:  6 <br><br> (The Honorable John A. Mendez) |

[PROPOSED] ORDER DEN. PLS.' MOT.
FOR TRO AND FOR PRELIM. INJ. –
NO. CIV. S-01-2407 JAM GGH

PDF created with pdfFactory trial version www.pdffactory.com

1    Plaintiffs' Motion for Temporary Restraining Order and for Preliminary Injunction

2    came on for hearing on May 30, 2012, at 10:00 a.m. in Courtroom 6 of the United States District

3    Court, Eastern District, the Honorable John A. Mendez, presiding.  Plaintiffs Chris Lusby Taylor, et al.

4    appeared by and through their counsel, Robert A. Buccola, C. Brooks Cutter, Lori M. Porter, and

5    William W. Palmer.  Defendants John Chiang, et al. appeared by and through their counsel, Robin B.

6    Johansen and Margaret R. Prinzing of Remcho, Johansen & Purcell, LLP.

7    The hearing arose from plaintiffs' motion for Temporary Restraining Order and for

8    Preliminary Injunction, which plaintiffs filed on May 15, 2012 and defendants opposed.  Prior to filing

9    that motion, plaintiffs had filed a Motion for Leave to Amend First Amended Complaint, which

10   defendants opposed and which was scheduled to be heard on June 13, 2012.  In addition, defendants

11   had filed a Motion for Protective Order and Request for Rule 16 Conference and Scheduling Order and

12   plaintiffs had filed a Motion to Compel Discovery, both of which the Court had previously ordered the

13   parties to re-notice for hearing before the Honorable Gregory G. Hollows.  At the May 30, 2021

14   hearing, the Court heard plaintiffs' Motion for Temporary Restraining Order and for Preliminary

15   Injunction, and in addition held a status conference.

16   The Court, having reviewed the record, having read and considered the supporting and

17   opposing points and authorities, and having heard and considered the arguments of counsel, and good

18   cause appearing, finds and orders as follows:

19       1.    Defendants' Request for Judicial Notice in Support of Opposition to Plaintiffs'

20   Motion for Temporary Restraining Order and for Preliminary Injunction is GRANTED.

21       2.    The Court finds that the requirements for a temporary restraining order have not

22   been met.  Specifically, plaintiffs have not demonstrated the likelihood that they will suffer irreparable

23   injury if preliminary relief is not granted.  Plaintiffs' Motion for Temporary Restraining Order and for

24   Preliminary Injunction is therefore DENIED.

25       3.    The Court declines to set a hearing on plaintiffs' Motion for a Preliminary

26   Injunction.

27       4.    Plaintiffs requested to withdraw their Motion for Leave to Amend First

28   Amended Complaint in order to draft a new complaint with new plaintiffs and allegations.  Plaintiffs

[PROPOSED] ORDER DEN. PLS.' MOT.                1
FOR TRO AND FOR PRELIM. INJ. –
NO. CIV. S-0J-2407 JAM GGH

PDF created with pdfFactory trial version www.pdffactory.com

1  will file a new Motion for Leave to Amend First Amended Complaint.  Consequently, the hearing and

2  motion scheduled for June 13, 2012 are hereby VACATED.

3          5.      It is hereby ordered that discovery in this matter is STAYED until further notice

4  and that the discovery motions that had been ordered to be re-noticed before the Honorable Gregory G.

5  Hollows are hereby VACATED.

6          6.      The parties shall comply with the following page limits in  subsequent filings

7  with this Court:  Opening and opposition briefs shall be no more than 25 pages, and reply briefs shall

8  be no more than 10 pages.

9  DATED:  6/11/2012

10

11                              /s/ John A. Mendez_____
                                THE HONORABLE JOHN MENDEZ
12                              UNITED STATES DISTRICT COURT JUDGE

13

14  Approved as to Form:

15  Dated:

16

17  _____
    Robert A. Buccola
18  Attorney for Plaintiffs

19  (00173649-2)

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DEN. PLS.' MOT.          2
FOR TRO AND FOR PRELIM. INJ. –
NO. CIV. S-0J-2407 JAM GGH

1

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 137**

2

Pursuant to Local Rule 137(a), I certify that this office served the foregoing Proposed

3

Order Denying Plaintiffs' Motion For Temporary Restraining Order And For Preliminary Injunction

4

upon all other parties by email on June 1, 2012. It has been seven days since such service was

5

completed.

6

Dated: June 8, 2012

7

8

s/ Margaret R. Prinzing

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF COMPLIANCE –
NO. CIV. S-01-2407 JAM GGH                    1

PDF created with pdfFactory trial version www.pdffactory.com

1

**PROOF OF SERVICE**

2

I, the undersigned, declare under penalty of perjury that:

3

I am a citizen of the United States, over the age of 18, and not a party to the within

4

cause or action.  My business address is 201 Dolores Avenue, San Leandro, CA  94577.

5

On June 1, 2012, I served a true copy of the following document(s):

6

**[Proposed] Order Denying Plaintiffs' Motion**
**for Temporary Restraining Order and for**
**Preliminary Injunction**

7

8

on the following party(ies) in said action:

9

William W. Palmer                          *Attorneys for Plaintiffs*
The Law Offices of William W. Palmer
575 University Avenue, Suite 100
Sacramento, CA  95825
Phone:  (916) 564-4458
Fax:  (916) 564-5758
Email:  WPalmer@palmercorp.com

10

11

12

13

Robert A. Buccola                          *Attorneys for Plaintiffs*
Steven M. Campora
Lori M. Porter
Dreyer Babich Buccola Wood Campora, LLP
20 Bicentennial Circle
Sacramento, CA  95826
Phone:  (916) 379-3500
Fax:  (916) 379-3599
Email:  rbuccola@dbbwlaw.com
         scampora@dbbwlaw.com
         lporter@dbbwlaw.com

14

15

16

17

18

19

C. Brooks Cutter                          *Attorneys for Plaintiffs*
Kershaw Cutter & Ratinoff
401 Watt Avenue
Sacramento, CA  95864
Phone:  (916) 448-9800
Fax:  (916) 669-4499
Email:  bcutter@kcrlegal.com

20

21

22

23

☐  **BY UNITED STATES MAIL:**  By enclosing the document(s) in a sealed
envelope or package addressed to the person(s) at the address above and

24

☐  depositing the sealed envelope with the United States Postal Service, with
the postage fully prepaid.

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com

☐ placing the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the businesses' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, located in San Leandro, California, in a sealed envelope with postage fully prepaid.

☐ **BY OVERNIGHT DELIVERY:** By enclosing the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **BY MESSENGER SERVICE:** By placing the document(s) in an envelope or package addressed to the persons at the addresses listed and providing them to a professional messenger service for service.

☐ **BY FACSIMILE TRANSMISSION:** By faxing the document(s) to the persons at the fax numbers listed based on an agreement of the parties to accept service by fax transmission. No error was reported by the fax machine used. A copy of the fax transmission is maintained in our files.

☒ **BY EMAIL TRANSMISSION:** By emailing the document(s) to the persons at the email addresses listed based on a court order or an agreement of the parties to accept service by email. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on June 1, 2012, in San Leandro, California.

_____
Michael Narciso

PDF created with pdfFactory trial version www.pdffactory.com