1  WILLIAM W. PALMER, ESQ. / SBN: 146404
   THE LAW OFFICES OF WILLIAM W. PALMER
2  575 University Avenue, Suite 100
   Sacramento, California 95825
3  Telephone: (916) 564-4458
   Facsimile: (916) 564-5758
4  Email: WPalmer@palmercorp.com

5  ROBERT A. BUCCOLA, ESQ. / SBN: 112880
   STEVEN M. CAMPORA, ESQ. / SBN: 110909
6  JAMES J. ISON, ESQ. / SBN: 209116
   DREYER BABICH BUCCOLA WOOD CAMPORA, LLP
7  20 Bicentennial Circle
   Sacramento, California 95826
8  Telephone: (916) 379-3500
   Facsimile: (916) 379-3599
9
   C. BROOKS CUTTER, ESQ. / SBN: 121407
10 KERSHAW CUTTER & RATINOFF
   401 Watt Avenue
11 Sacramento, California 95864
   Telephone: (916) 448-9800
12 Facsimile: (916) 669-4499

13 Attorneys for Plaintiffs

14
                    UNITED STATES DISTRICT COURT
15
                    EASTERN DISTRICT OF CALIFORNIA
16

17
18 CHRIS LUSBY TAYLOR; NANCY A.              Case No.: 2:01-cv-02407-JAM-GGH
   PEPPLE-GONSALVES; GARY
19 KESSELMAN (deceased); SUSAN               [PROPOSED] ORDER GRANTING
   SWINTON; and WILLIAM J. PALMER            PLAINTIFFS' MOTION FOR LEAVE
20 (deceased),                               TO AMEND FIRST AMENDED CLASS
                                             ACTION COMPLAINT
21 On behalf of themselves and other persons
   similarly situated,
22                                           Hearing:
       Plaintiffs,                           Date:      July 25, 2012
                                             Time:      9:30 a.m.
23     v.                                    Courtroom: 6

24 JOHN CHIANG, individually and in his      (Hon. Judge John A. Mendez)
   capacity as STATE CONTROLLER OF
25 THE STATE OF CALIFORNIA;
   individually,
26
       Defendants.
27
28
                                        -1-
[Proposed] Order Granting Plaintiffs' Motion For Leave
To Amend First Amended Class Action Complaint, Case No.: 2:01-cv-02407-JAM-GGH

**TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

The motion of Plaintiffs Chris Lusby Taylor; Nancy A. Pepple-Gonsalves, Gary Kesselman (Deceased), Susan Swinton, and William J. Palmer (deceased), on behalf of themselves and other person similarly situated, for an order granting leave to amend their First Amended Class Action Complaint came on regularly for hearing before this Court on July 25, 2012. The Court, having read the papers filed in support of the motion and good cause appearing therefrom, finds that in the interests of justice per Rule 15 of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED:**

Plaintiffs are granted leave to amend their First Amended Class Action Complaint and file their Second Amended Class Action Complaint in this action. The Second Amended Class Action Complaint must be filed within 10 court days of the date of this Order. ~~or no later than~~ [handwritten: Jan ~~2012~~]

Date: 7-12-2012

JUDGE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

-2-
[Proposed] Order Granting Plaintiffs' Motion For Leave
To Amend First Amended Class Action Complaint, Case No.: 2:01-cv-02407-JAM-GGH